McGREGOR W. SCOTT
United States Attorney
CAROLYN K. DELANEY
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone:  (916) 554-2798

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. S. NO. 06-359 DFL |
| | ) | |
| Plaintiff, | ) | ORDER |
| | ) | |
| v. | ) | |
| | ) | |
| MARCUS ATTWOOD, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**ORDER**

Upon consideration of the government's Motion, IT IS HEREBY ORDERED THAT the Indictment pending against defendant Marcus Attwood is dismissed pursuant to Rule 48 of the Federal Rules of Criminal Procedure.  It is further ordered that the arrest warrant for Marcus Attwood be recalled.

Dated: September 22, 2006

/s/ David F. Levi
Honorable David F. Levi
Chief Judge
United States District Court